Núm. 7747.—PUEBLO, apldo. *v.* RAMOS HNOS., INC., ETC.—C. D. Bayamón.

Julio 29, 1939.

(Por la Corte, a propuesta del Juez Asociado Sr. Hutchison.)

POR CUANTO, la denuncia en este caso expone que:

"... Los referidos acusados, 'Ramos Hermanos, Inc.' ... y Ángel Rodríguez, quien se dedica a la venta ambulante de pan, en el sitio y fecha arriba indicados, voluntaria e ilegalmente exhibían y ofrecían para la venta, y en la guagua Chevrolet tablilla C-821, una cantidad de bollos de pan, cuyo peso correcto debía ser una libra, según lo expresaba un rótulo que llevaba estampado en la envoltura de cada uno de ellos ..."

POR CUANTO, la única prueba tendiente a demostrar que Ramos Hermanos, Inc., era dueña del pan a que se refiere la denuncia consistió en las envolturas, que contenían el nombre de la acusada apelante.

POR CUANTO, estamos conformes con la apelante y con el Fiscal de esta Corte en que tal prueba era insuficiente para demostrar que era la acusada apelante quien exhibía y ofrecía para la venta el pan falto de peso.

POR TANTO, se revoca la sentencia dictada por la Corte de Distrito de Bayamón en marzo 28, 1939, y se absuelve a la acusada apelante Ramos Hermanos, Inc.

El Juez Asociado Sr. Travieso no intervino.

Núm. 7675.—PUEBLO, apldo. *v.* LOUBRIEL, aplte. C. D. San Juan.

Julio 29, 1939.

POR CUANTO, aunque los hechos desarrollados en este caso son algo diferentes a los envueltos en el caso de *El Pueblo* v. *Cuevas,* 54 D.P.R. 301, sin embargo no encontramos diferencia bastante para distinguir la jurisprudencia sentada en dicho caso,

POR TANTO, se revoca la sentencia apelada que dictó la Corte de Distrito de San Juan en junio 27, 1938, y se absuelve al acusado.

El Juez Asociado Sr. Travieso no intervino.